**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHMOND B. TAYLOR, 224931,

        Plaintiff,                  Case Number: 05-74262

v.                                         JUDGE PAUL D. BORMAN
                                             UNITED STATES DISTRICT COURT

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendants.
_____ /

**ORDER  DENYING PLAINTIFF'S PETITIONS FOR CHIEF JUDGE TO ORDER JUDGE PAUL D. BORMAN TO APPOINT SPECIAL MASTER (DOCK. NOS. 7, 8)**

      Now before the Court is Plaintiff's Petitions for Chief Judge to Order Judge Paul D. Borman to Appoint a Special Master.  For the reasons stated below, the Court DENIES Plaintiff's Petitions for Chief Judge to Order Judge Borman to Appoint a Special Master.  There is no Federal Rule of Civil Procedure, nor any statute in the United States Code, which allows a plaintiff to file a petition requesting the Chief Judge of a United States District Court order a United States District Court Judge to appoint a Special Master.  Plaintiff also fails to provide any support in his motion to substantiate such a petition.

      Additionally, this Court issued an Opinion and Order on January 6, 2006, dismissing Plaintiff's claims without prejudice for failure to exhaust state administrative remedies pursuant to 42 U.S.C. § 1997a(e).  As a result, a Special Master is unnecessary.  Further, the petitions requesting the Chief Judge to Order this Court to appoint a Special Master were filed in this

1

Court, not in the Chief Judge's court.

Accordingly, the Court DENIES Plaintiff's Petition for Chief Judge to Order Judge Paul D. Borman to Appoint Special Master.

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 21, 2006.

s/Denise Goodine
Case Manager